Submitted on record and briefs November 22, reversed December 18, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## MATTHEW MAYFIELD JOHNSON,
*Appellant.*

(C90-11-36741; CA A68779)

822 P2d 153

Sally L. Avera, Public Defender, and Steven V. Humber, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of coercion. ORS 163.275. The state concedes that there was insufficient evidence to support the verdict. Coercion requires proof that the victim was actually compelled or induced to abstain from engaging in the conduct in which she had a right to engage or not to engage. The trial testimony is conclusive that defendant's threats did not have that effect.

Reversed.